# In the United States Court of Federal Claims

No. 17-854C
(Filed: October 1, 2019)

|  |  |
|---|---|
| **PACIFIC COAST COMMUNITY SERVICES, INC.,** | ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) ) |
| *Defendant.* | ) ) ) |

## ORDER

For the reasons provided in the Memorandum Opinion filed contemporaneously with this Order, the plaintiff's Motion for Summary Judgment (ECF 39) is **GRANTED IN PART** and **DENIED IN PART**, and the defendant's Motion for Summary Judgment is (ECF 40) is **GRANTED IN PART** and **DENIED IN PART**.

The Clerk is directed to enter judgment for the defendant. No costs are awarded.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**